IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

Inhouse Physicians, S.C.,

     *Plaintiff*,

v.

P Two Three Laboratories, LLC, a/k/a
P23 Labs, LLC, and Tiffany
Montgomery,

     *Defendants*.

Case No. 4:20-cv-1474-KGB

---

## Entry of Appearance

---

Comes now, Dylan H. Potts, of GILL RAGON OWEN, P.A., who enters his appearance as counsel of record for the Defendants, P Two Three Laboratories, LLC, a/k/a P23 Labs, LLC, and Tiffany Montgomery, in the above referenced case and requests notice of all pleadings and communications with the Court as counsel of record.

Dated this 21st day of January, 2020.

     Respectfully submitted,

     GILL RAGON OWEN, P.A.
     425 West Capitol Avenue, Suite 3800
     Little Rock, Arkansas 72201
     (501) 376-3800
     (501) 372-3359 fax
     potts@gill-law.com

     By: *Dylan H. Potts* _____
     Dylan H. Potts, Ark. Bar No. 2001258

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was filed with the Court's electronic filing system on January 21, 2020, which shall provide notice of this filing to all counsel of record.

*Dylan H. Potts*

Dylan H. Potts