IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| Inhouse Physicians, S.C., <br><br> *Plaintiff,* <br><br> v. <br><br> P Two Three Laboratories, LLC, a/k/a P23 Labs, LLC, and Tiffany Montgomery, <br><br> *Defendants.* | Case No. 4:20-cv-1474-KGB |

## Consent Motion to Extend Time to File Answer

The Parties to this case reached agreement to extend the deadline by which both defendants have to file an Answer or otherwise plead. In exchange, Defendants stipulate the the validity and effectiveness of personal service made upon both Defendants. Plaintiff therefore agrees the new deadline for the Defendants' to file an answer or other pleading is February 23, 2021.

WHEREFORE, the Parties pray for brief extension of time for Defendants to plead until and including February 23, 2021.

_____
Mark Murphey Henry (97170)
HENRY LAW FIRM
P.O. Box 4800
Fayetteville, Arkansas 72702
Telephone: (479) 368-0555
Email: mark@henry.us
*Counsel for Plaintiff*

_____
Dylan H. Potts (2001258)
GILL RAGON OWEN, P.A.
425 W. Capitol Ave. Ste. 3800
Little Rock, AR 72201
Direct: (501) 801-3808
Email: potts@gill-law.com
*Counsel for Defendants*