IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**INHOUSE PHYSICIANS, S.C.**                                                                             **PLAINTIFF**

v.                          **Case No. 4:20-cv-01474-KGB**

**P TWO THREE LABORATORIES, LLC,**
**a/k/a P23 LABS, LLC, and**
**TIFFANY MONTGOMERY**                                               **DEFENDANTS**

## <u>ORDER</u>

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 27).  The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  For good cause shown, the Court adopts the stipulation of dismissal.  The action is dismissed with prejudice, with each party to bear its own costs, attorneys' fees, and expenses; the Court denies as moot all pending motions (Dkt. Nos. 5, 7, 14, 16, 25).

So ordered this the 22nd day of July, 2021.

                                                                  _/s/ Kristine G. Baker_
                                                                  Kristine G. Baker
                                                                  United States District Judge